[No. 19348-5-II.    Division Two.    November 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. DUBIEL, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 95-1-00020-2, William E. Howard, J., entered March 31, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Turner, J.

[No. 19370-1-II.    Division Two.    November 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TEODORO GOMEZ-CHAVEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00518-6, Randolph Furman, J., entered April 10, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Armstrong, J.

[No. 19435-0-II.    Division Two.    November 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. AUREILO A. AYALA, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-1-00007-1, David E. Foscue, J., entered April 17, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Armstrong, J.

[No. 19636-1-II.    Division Two.    November 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY CUBEAN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-03672-8, Donald H. Thompson, J., entered June 5, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Bridgewater, J.